# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **WALTER P. WALKER,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**KANSAS UNIVERSITY HOSPITAL,**<br><br>        **Defendant.** | Case No. 16-2505-JAR |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on July 21, 2016 (Doc. 28). Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge James P. O'Hara, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED BY THE COURT** that that in accordance with the July 21, 2016 Report and Recommendation (Doc. 28), the Complaint (Doc. 25) is DISMISSED for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

Dated: September 6, 2016

S/ Julie A. Robinson<br>
JULIE A. ROBINSON<br>
UNITED STATES DISTRICT JUDGE